UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:03CR198(RNC) |
| | : | |
| v. | : | |
| | : | |
| MARIA AMARO | : | |
| | : | NOVEMBER 24, 2004 |

MOTION TO FILE THE ENCLOSED DOCUMENTS UNDER SEAL

The Defendant, Maria Amaro, hereby moves that the foregoing documents be filed under seal.

Respectfully Submitted,

By_____
Matthew J. Collins
519 Center Street
Manchester, CT  06040
Tel: 860 646-2424
Fax: 860 647-0762

## **Certification**

      I hereby certify that a copy of the foregoing was mailed, this date, to:

| | |
|---|---|
| Attorney H. Gordon Hall | |
| Office of the United States Attorney | Jacqueline Carroll |
| 157 Church Street | Office of United States Probation |
| P.O. Box 1824 | 157 Church Street |
| New Haven, CT  06508 | New Haven, CT  06508 |

_____
Matthew J. Collins