

FILED

2004 NOV 24  A 9: 34

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:03CR198(RNC) |
| v. | : | |
| MARIA AMARO | : | |
| | : | NOVEMBER 24, 2004 |

MOTION TO FILE THE ENCLOSED DOCUMENTS UNDER SEAL

The Defendant, Maria Amaro, hereby moves that the foregoing documents be filed under seal.

Respectfully Submitted,

By _____
Matthew J. Collins
519 Center Street
Manchester, CT 06040
Tel: 860 646-2424
Fax: 860 647-0762

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
November 24, 2004.

FILED
2004 NOV 29 A 8:06
U.S. DISTRICT COURT
HARTFORD, CT.