UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:03CR198(RNC) |
| | : | |
| v. | : | |
| | : | |
| MARIA AMARO | : | |
| | : | JANUARY 24, 2005 |

MOTION FOR FEES IN EXCESS OF $5200

The undersigned CJA appointed Attorney for the Defendant, Maria Amaro, hereby requests the payment of fees in excess of $5200 and represents the following in support hereof:

1. The undersigned represented Ms. Amaro for about sixteen months.

2. Ms. Amaro does not speak any English and is poorly educated. In addition, she is a very emotional first offender. The undersigned spent many hours with an interpreter reviewing the evidence and explaining the law to her. Indeed, it took two hearing before the Magistrate would accept her guilty plea.

3. As Ms. Amaro has two small children and lives in New Haven with limited transportation resources and the Government's office is also located there, the undersigned spent much time traveling from his Manchester office to and from that city.

                        Respectfully Submitted,


                        By_____
                          Matthew J. Collins
                          519 Center Street
                          Manchester, CT  06040
                          Tel: 860 646-2424
                          Fax: 860 647-0762


                          **<u>Certification</u>**

    I hereby certify that a copy of the foregoing was mailed, this date, to:

Attorney H. Gordon Hall
Office of the United States Attorney
P.O. Box 1824
157 Church Street



                          _____
                          Matthew J. Collins