

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA   :    Criminal No. 3:03CR198(RNC)
:
v.                :
:
MARIA AMARO         :
:       JANUARY 24, 2005

### MOTION FOR FEES IN EXCESS OF $5200

The undersigned CJA appointed Attorney for the Defendant, Maria Amaro, hereby requests the payment of fees in excess of $5200 and represents the following in support hereof:

1. The undersigned represented Ms. Amaro for about sixteen months.

2. Ms. Amaro does not speak any English and is poorly educated. In addition, she is a very emotional first offender. The undersigned spent many hours with an interpreter reviewing the evidence and explaining the law to her. Indeed, it took two hearing before the Magistrate would accept her guilty plea.

February 15, 2005.  USA v. Maria Amaro
                    3:03CR198  (RNC)

Re:  Motion for Fees in Excess of $5200

Denied without prejudice.  Counsel is directed to file the appropriate excess compensation affidavit with Victoria Minor.  So ordered.

_____
Robert N. Chatigny / U.S.D.J.